UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TALISA MANUELLA MUNOZ,<br><br>        Defendant. | CASE NO. MJ25-636<br><br>DETENTION ORDER |

Offenses charged:

1. International Parental Kidnapping

2. False Statement in Application and Use of Passport

Date of Detention Hearing:    January 14, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have obtained a passport for the minor victim through false statements, and then planned with sophisticated means to leave the United States and live in Panama with the minor victim, in violation of a parenting plan allowing limited visitation rights only. The alleged scheme was long running, and involved the alleged collaboration of family members, who allegedly lied to law enforcement in order to deceive them as to Defendant's whereabouts with the abducted child. The combination of the long-planned scheme, the sophisticated means, willingness to violate court orders, international flight, and the cooperation of family members in the scheme presents a significant risk of flight.

2. There does not appear to be any condition or combination of conditions that will reasonably address the risk on non-appearance.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 14th Day of January, 2026.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3